UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTWONE STOKES,

            Plaintiff,

   v.

JENKS, et al.,

            Defendants.

No.  2:24-cv-02715-DJC-EFB (PC)

ORDER

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 12, 2025 are adopted in full.

2. Plaintiff's claim against California Department of Corrections and Rehabilitation and Shraim regarding meals plaintiff received at California State Prison, Sacramento is improperly joined.  The Clerk of the Court is directed to assign a new case number for the claims against Defendant California Department of Corrections and Rehabilitation and Defendant Shraim only and to file a copy of Plaintiff's complaint, ECF No. 1, under the new case number.

3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 28, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE